| | |
|---|---|
| 1 | **John D. Ostrander**, OSB No. 87394, john@eoplaw.com |
| | **Joel P. Leonard**, OSB No. 96081, joel@eoplaw.com |
| 2 | ELLIOTT, OSTRANDER & PRESTON, P.C. |
| | 707 SW Washington St., Suite 1500 |
| 3 | Portland, Oregon 97205 |
| | Telephone:  (503) 224-7112 |
| 4 | Facsimile:  (503) 224-7819 |
| 5 | Of Attorneys for Plaintiff |

6       **UNITED STATES DISTRICT COURT**

7       **DISTRICT OF OREGON**

8       **PORTLAND DIVISION**

| | | |
|---|---|---|
| 9 | **RODERICK GRAMSON,** | Case No.  CV 10-1122 HU |
| 10 | Plaintiff, | |
| 11 | v. | [~~proposed~~] ~~XXXXXX~~ **TEMPORARY RESTRAINING ORDER** |
| 12 | **GIL GRAMSON, TERRY FERGUSON, G&G WORKS LLC,** an Oregon limited | |
| 13 | liability company**, SAND WORKS, INC.,** | |
| 14 | an Oregon corporation, **SANDRIDGE CONSTRUCTION, LLC,** an Oregon | |
| 15 | limited liability company, the **CITY OF WARRENTON, OREGON,** an Oregon | |
| 16 | municipal corporation, and **JOHN AND JANE DOES 1-5**, | |
| 17 | Defendants. | |

18       Based upon Plaintiff  Rod Gramson's Amended Complaint, Motion for an Order to Show

19  Cause For Order Appointing Limited Receiver and Temporary Restraining Order, supporting

20  memorandum, and supporting declarations, and the arguments and representations of counsel in

21  the hearing before the court on this matter on December 10, 2010, and upon the provisions of

22  Fed. R. Civ. P. 65,  it is hereby:

23

Page 1 – [proposed] TEMPORARY RESTRAINING ORDER

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

BANK OF CALIFORNIA TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com

1   ORDERED that that the proceeds of any pending lot sales from the Anne Marie Park

2   development be held in escrow, until this matter is heard for Preliminary Injunction or until

3   further order is issued by this Court; and

4   IT IS FURTHER ORDERED that Defendant Gil Gramson and each other person in

5   possession or control of Sand Works, Inc. or G&G Works, LLC is hereby restrained from

6   injuring, destroying, transferring, removing, withdrawing or otherwise disposing of corporate

7   assets, profits, revenue, and income Sand Works, Inc. or G& G Works, LLC until this matter is

8   heard for Preliminary Injunction or until further order is issued by this Court; and

9   IT IS FURTHER ORDERED that Plaintiff Rod Gramson and Defendant Gil Gramson

10  appear in this Court for a settlement conference on Thursday, January 6, 2010 at 9:30 a.m. at

11  United States District Court, United States Courthouse, Court Room 9A, 1000 SW Third

12  Avenue, Portland, OR 97204, to be followed if necessary by a hearing at 1:30 p.m. for hearing

13  on whether a preliminary injunction should not be entered.

14  DATED this 13th day of December, 2010

15

16

17  /S/ Garr M. King
    HON. GARR KING,
18  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

Page 2 – [proposed] TEMPORARY RESTRAINING ORDER

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

BANK OF CALIFORNIA TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com